UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2440(JMR/FLN)

Robert Edwin Johnson and Janice Ann Johnson

v.

Way Cool Manufacturing L.L.C. et al.

ORDER

The Court will consider the pre-trial motions in this matter without oral argument, based upon the briefs and supporting materials submitted by the parties.

IT IS SO ORDERED.

Dated: December 12th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED DEC 1 4 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK