UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Edwin Johnson and
Janice Ann Johnson,

Plaintiffs,

v.

Way Cool Mfg. LLC, VCI Capital,
Inc., Steven C. White, et al.,

Defendants.

Civil 00-2440 JMR/FLN

ORDER

---

The Court has before it the "Motion for Request for Bar Admission and Related Documents, LR 83.5(a)(c)." In their motion, the plaintiffs seek a copy of the Rules of Professional Conduct adopted by the Court in Local Rule 83.5(c). Plaintiffs also seek various documents relating to the admission of defense counsel to practice before this Court.

The plaintiffs' motions will be denied. The Rules of Professional Conduct, referenced in Local Rule 83.5(c) are the *Minnesota Rules of Professional Conduct*, see Local Rule 83.6(d). The Local Rules of this Court are available in the Clerk's Office, and are also available on-line at : **http://www.mdn.uscourts.gov/.** The *Minnesota Rules of Professional Conduct* are available in any Minnesota Law Library, such as the Hennepin County Law Library or the Eighth Circuit Library.

To the extent the Court maintains public documents pertaining to attorneys admitted to practice before this Court, plaintiffs are free to visit the Clerk's Office to inspect any such public records.

Based upon the foregoing, the plaintiffs' "Motion for Request for Bar Admission

DEC 2 2 2000
FILED
FRANCIS E. DOSAL, CLERK

and Related Documents, LR 83.5(a)(c)" is hereby DENIED [#11].

DATED: Dec. 22, 2000.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge